## UNITED STATES COURT OF APPEALS
## FOR THE EIGHTH CIRCUIT

No: 18-1923

United States of America

Appellee

v.

Robert Larry Lytle

Appellant

_____

Appeal from U.S. District Court for the District of South Dakota - Rapid City
(5:17-cr-50020-KES-1)
_____

**ORDER**

Appellant's motion for leave to proceed in forma pauperis has been considered by the court and is granted.

June 22, 2018

Order Entered at the Direction of the Court:
Clerk, U.S. Court of Appeals, Eighth Circuit.
_____
    /s/ Michael E. Gans