# UNITED STATES COURT OF APPEALS
# FOR THE EIGHTH CIRCUIT

_____

No: 18-1923
_____

United States of America

Plaintiff - Appellee

v.

Robert Larry Lytle

Defendant - Appellant
_____

No: 18-3441
_____

United States of America

Plaintiff - Appellee

v.

Robert Larry Lytle

Defendant - Appellant
_____

No: 18-3442
_____

United States of America

Plaintiff - Appellee

v.

Robert Larry Lytle

Defendant - Appellant

_____

Appeal from U.S. District Court for the District of South Dakota - Rapid City
(5:17-cr-50020-KES-1)
(5:17-cr-50020-RAL-1)
(5:17-cr-50020-RAL-1)

_____

**JUDGMENT**

Before GRUENDER, BOWMAN, and ERICKSON, Circuit Judges.

The court has carefully considered appellee's motion to dismiss these consolidated appeals, together with appellant's response, and appellee's motion to dismiss is granted. The appeals are dismissed.

The court's mandate will issue in due course.

April 26, 2019

Order Entered at the Direction of the Court:
Clerk, U.S. Court of Appeals, Eighth Circuit.
_____
            /s/ Michael E. Gans