# UNITED STATES COURT OF APPEALS
# FOR THE EIGHTH CIRCUIT

_____

No: 23-1770

_____

United States of America

Plaintiff - Appellee

v.

Robert Larry Lytle, also known as Larry Lytle

Defendant - Appellant

_____

Appeal from U.S. District Court for the District of South Dakota - Western
(5:17-cr-50020-RAL-1)

_____

**JUDGMENT**

Before COLLOTON, GRUENDER, and KOBES, Circuit Judges.

This court has reviewed the original file of the United States District Court. It is ordered by the court that the judgment of the district court is summarily affirmed.

April 24, 2023

Order Entered at the Direction of the Court:
Clerk, U.S. Court of Appeals, Eighth Circuit.
_____
        /s/ Michael E. Gans